UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER KINCAID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | Case No. 5:24-cv-02214-SPG (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

　　　　On October 16, 2024, Plaintiff Christopher Kincaid ("Plaintiff"), proceeding pro se, filed a Complaint herein. (Docket No. 1). As Plaintiff did not pay the initial filing fee nor request leave to proceed in forma pauperis, on October 17, 2024, the Court issued a Notice of Document Discrepancy ordering Plaintiff, within 30 days, to either pay the filing fee or seek leave to proceed in forma pauperis. (Docket No. 2). On November 18, 2024, Plaintiff filed a Motion Requesting Extra Time to Pay the Filing Fee ("Motion") which was unsigned. (Docket No. 6). The Court issued a Notice of Document Discrepancy for Plaintiff's failure to sign his Motion. (Docket No. 7). On November 22, 2024, the Court granted Plaintiff's Motion. (Docket No. 8). On November 21, 2024, Plaintiff filed a request to proceed in forma pauperis.

(Docket No. 9). The Court postponed ruling on Plaintiff's request to proceed in forma pauperis to allow Plaintiff the opportunity to provide enough information for the Court to tell if Plaintiff is able to prepay the full filing fee as well as submission of his request on the proper form. (Docket No. 11). Plaintiff's updated request for leave to proceed in forma pauperis is currently due on or before December 25, 2024. On December 2, 2024, the Court received its November 19, 2024 Notice of Document Discrepancy returned from the institution marked as "Return to Sender Not Deliverable as Addressed Unable to Forward." (Docket No. 13). The Institution also affixed an address label identifying Plaintiff's current address. A review of the Federal Bureau of Prisons Inmate Locater website[1] reveals that Plaintiff is currently incarcerated at Sheridan FCI in Sheridan, Oregon.

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **December 27, 2024.**

**Plaintiff is hereby cautioned that failing to comply with this Order may result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: December 4, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge

---

[1] https://www.bop.gov/inmateloc