# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-02214-SPG (DTB)**                                                  Date: **November 10, 2025**

Title:  **Christopher A. Kincaid v. Federal Bureau of Prisons**
========================================================================
**DOCKET ENTRY**
========================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
       None present                                                                    None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

  Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  See Fed. R. Civ. P. 4(m).  Generally, a defendant must answer the complaint within 21 days after service, or 60 days if the defendant is the United States.  See Fed. R. Civ. P. 12(a).  In addition, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

  In the present case, Defendant has not responded to the Complaint, which was served on July 18, 2025, nor has Plaintiff applied for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

  Accordingly, the Court, on its own motion, orders Defendant to show cause in writing **no later than fourteen days from the date of this Order** why sanctions should not be issued for failure to respond to the Complaint.  Further, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than thirty days from the date of this Order** why this action should not be dismissed for lack of prosecution as to the Defendant.

  It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon the default of Defendant.  All stipulations affecting the progress of the case must be

MINUTES FORM 11                                                                                  Initials of Deputy Clerk  RAM
CIVIL-GEN

approved by this Court.  See L.R. 7-1.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a written response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to Defendant for failure to prosecute and comply with court orders.  See Fed. R. Civ. P. 41(b).**

The Clerk is directed to provide Defendant with a copy of this Order at the address listed on the USM285 Form (Docket No. 63 at 2).

**IT IS SO ORDERED.**