UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02214-SPG-DTB | Date | July 14, 2026 |
| Title | Christopher Kincaid v. Federal Bureau of Prisons, et al. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER SHOULD NOT BE GRANTED [ECF NO. 108]**

On March 13, 2026, Plaintiff Christopher Kincaid ("Plaintiff") filed his First Amended Complaint, naming as Defendants the United States of America; the Federal Bureau of Prisons; the Director of the Federal Bureau of Prisons; J. Hendrickson, the interim Warden of FCI Williamsburg; and the City Government of the District of Columbia, Washington, D.C. ("Defendants"). (ECF No. 95 ("FAC")). At Plaintiff's request, Magistrate Judge David Bristow ordered the United States Marshal Service ("USMS") to effectuate service of process on Defendants. (ECF No. 97). On May 1, 2026, the USMS filed proof of service on Defendants, indicating that the federal Defendants' deadline to respond to the FAC was June 22, 2026. (ECF Nos. 100, 101, 102, 103). Despite the passing of that deadline, Defendants have not appeared in this action.

On July 6, 2026, Plaintiff filed a Motion Requesting a Temporary Restraining Order. (ECF No. 108 ("TRO")). In the TRO, Plaintiff alleges, among other things, that he is falsely imprisoned and that Federal Bureau of Prisons officials have threatened his and his family's lives. While Plaintiff does not specify the relief that he seeks in the TRO, in the FAC, he requests $20,000,000 in damages and a permanent injunction releasing him from custody, removing him from the sex offender registry, and imposing a restraining order against certain prison officials.

From the Court's review, it appears that Defendants have been effectively served with process in this case, and that they are in default. The Court hereby ORDERS Defendants to show cause why Petitioner's request for a TRO should not be granted. Defendants may satisfy the OSC by appearing in this action and filing an opposition to Plaintiff's TRO within fourteen (14) days. In any such opposition, Defendants shall explain their failure to appear in this action

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02214-SPG-DTB | Date | July 14, 2026 |
| Title | Christopher Kincaid v. Federal Bureau of Prisons, et al. | | |

and why the Court should not issue sanctions. Failure to respond may result in the Court granting the TRO or imposing other sanctions against Defendants.

**IT IS SO ORDERED.**

__________ : _________

Initials of Preparer pg